I concur in the result, but I believe the rule of law in this state is stated in the following cases: Hall v. Harris,504 So.2d 271, 273 (Ala. 1987); Welch v. Houston County HospitalBoard, 502 So.2d 340, 342-44 (Ala. 1987); Autrey v. Blue Cross Blue Shield of Alabama, 481 So.2d 345, 347 (Ala. 1985); MJM,Inc. v. Casualty Indemnity Exchange, 481 So.2d 1136, 114041 (Ala. 1985); Turner v. Systems Fuel, Inc., 475 So.2d 539,541-42 (Ala. 1985); Day v. Merchants National Bank of Mobile,431 So.2d 1254, 1256-57 (Ala. 1983); Butler v. Michigan MutualInsurance Co., 402 So.2d 949, 952 (Ala. 1981); Arrington v.Working Woman's Home, 368 So.2d 851, 854 (Ala. 1979); Oliver v.Brock, 342 So.2d 1, 4 (Ala. 1977).